BEFORE THE FIRST DIVISION, JULY 6, 1961

No. 65876.—Carson M. Simon & Co. *v.* United States, protest 300432–K (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass mosaics for presentation without charge to a corporation operated exclusively for religious purposes, the claim of the plaintiff was sustained.